UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 10-38 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| KHANG HUNG NGUYEN, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    February 10, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant, a previously convicted felon, is charged with unlawfully possessing a firearm. The Complaint alleges that defendant also has an active no bail warrant for his arrest

DETENTION ORDER                                                                                                            PAGE 1

based on previous charges that he had possessed a firearm while on state supervision for drug charges.

    (2)    Defendant declined to be interviewed by Pretrial Services. Much of his background information is unknown or unverified.

    (3)    Defendant poses a risk of nonappearance based on unknown or unverified background information, unknown substance abuse history and a similar matter pending in state court. He poses a risk of danger due to the nature and circumstances of the instant offense, recent similar criminal activity and unknown substance abuse issues.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01     (4)     The clerk shall direct copies of this Order to counsel for the United States, to

02             counsel for the defendant, to the United States Marshal, and to the United States

03             Pretrial Services Officer.

04 DATED this <u>10th</u> day of February, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge